UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RICARDO VASQUEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 1:21-cv-01693-JMS-MG |
| | ) |
| INDIANA UNIVERSITY HEALTH, INC., | ) |
| INDIANA UNIVERSITY HEALTH | ) |
| BLOOMINGTON, INC., and | ) |
| DANIEL HANDEL, | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58**

For the reasons set forth in the Court's Order entered this day, the Court now enters **FINAL JUDGMENT** as follows:

- Plaintiff's claims under the Sherman Act, 15 U.S.C. § 2, and the Clayton Act, 15 U.S.C. § 18, are **DISMISSED WITH PREJUDICE**; and

- Plaintiff's state law claims for: (1) violations of Ind. Code § 24-1-2-2 and Ind. Code § 24-1-2-7 against IU Health and Bloomington Hospital; (2) breach of contract against Bloomington Hospital; and (3) defamation against all Defendants are **DISMISSED WITHOUT PREJUDICE**.

All pending motions are **DENIED AS MOOT.**

Date: 11/5/2021

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**