UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RICARDO VASQUEZ, | ) |
|         Plaintiff, | ) |
| v. | ) No. 1:21-cv-01693-JMS-MG |
| INDIANA UNIVERSITY HEALTH, INC., | ) |
| INDIANA UNIVERSITY HEALTH | ) |
| BLOOMINGTON, INC. | ) |
|   d/b/a IU HEALTH BLOOMINGTON HOSPITAL, | ) |
| DANIEL HANDEL, | ) |
|         Defendants. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court has reviewed Magistrate Judge Mario Garcia's Report and Recommendation that the Court GRANT the Plaintiff's 105 Motion for Leave to Amend Complaint, and there being no objection, the Court finds the Report and Recommendation [185] shall be adopted as the order of the Court. Accordingly, the Court ORDERS the Clerk to docket [105-1] as Plaintiff's Amended Complaint for Damages and Injunctive Relief.

The Court further adopts the Magistrate Judge's recommendation to re-open summary judgment briefing, and **ORDERS** the following schedule:

- Defendants' Supplemented Motion for Summary Judgment is due on or before December 11, 2023. Defendants' supplemented section should not exceed seven pages.

- Plaintiff's Supplemented Response in Opposition to Summary Judgment is due on or before December 18, 2023. Plaintiff's supplemented response section should not exceed seven pages.

- Defendant's Reply in Support of Summary Judgment is due on or before December 22, 2023. Defendants' supplemented reply section should not exceed three pages.

Date: 12/7/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution via ECF ONLY:

Han Cui
MCDERMOTT WILL & EMERY LLP
444 West Lake Street, Ste 4000
Chicago, IL 60606-3627

Norris Cunningham
Stoll Keenon Ogden PLLC
norris.cunningham@skofirm.com

Ryan Doringo
Jones Day
radoringo@jonesday.com

James Durkin
McDermott Will & Emery LLP
jdurkin@mwe.com

Anthony Stephen Ferrara
McDermott Will & Emery
aferrara@mwe.com

Brian K. Grube
JONES DAY (Cleveland)
bkgrube@jonesday.com

Rachel D. Johnson
Stoll Keenon Ogden PLLC
rachel.johnson@skofirm.com

Michelle Lowery
McDermott Will & Emery
mslowery@mwe.com

Michael Wesley McBride
COHEN & MALAD LLP
mmcbride@cohenandmalad.com

Katharine M. O'Connor
MCDERMOTT WILL & EMERY LLP
koconnor@mwe.com

Arthur T. O'Reilly
JONES DAY
atoreilly@jonesday.com

Patrycja Ochman
Jones Day
pochman@jonesday.com

Zachary E. Sproull
zsproull@mwe.com