## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| DR. RICARDO VASQUEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:21-cv-01693-JRS-MG |
| ) | |
| INDIANA UNIVERSITY HEALTH, ) | |
| INC.; INDIANA UNIVERSITY ) | |
| HEALTH BLOOMINGTON, INC., ) | |
| d/b/a IU HEALTH BLOOMINGTON ) | |
| HOSPITAL; and DR. DANIEL ) | |
| HANDEL, ) | |
| Defendants. ) | |

**PLAINTIFF'S APPENDIX OF EXHIBITS**

To oppose Defendants' pending sealing requests (ECF No. 281), Plaintiff now submits the below exhibits, which were publicly posted online by Defendants' recruiter, the Medicus Firm.

| Exhibit | Source |
|---|---|
| No. 1: True and correct copy of a public job posting downloaded from archived public website | www.themedicusfirm.com/job/21437/physician/<br><br>Downloaded by William Markham from William Markham's account at www.archive.org on May 15, 2024<br><br>Shows this URL as it appeared on August 12, 2022 |
| No. 2: True and correct copy of same public job posting, downloaded from public website | www.themedicusfirm.com/job/21437/physician/<br><br>Downloaded by William Markham on May 6, 2024 |

Dated: May 15, 2024    Respectfully submitted,

/s/ William Markham
William Markham, Admitted *Pro Hac Vice*
LAW OFFICES OF WILLIAM MARKHAM, P.C.
402 West Broadway, Suite 400
San Diego, CA 92101
*wm@markhamlawfirm.com*
(619) 221-4400

## CERTIFICATE OF SERVICE

  I certify that on May 15, 2024 I filed the foregoing document and served it on all counsel of record in this case by causing it to be submitted for filing and e-service in the Court's CM/ECF system. I therefore understand that this document will be deemed served on all attorneys registered to receive electronic filings in this case.

Dated: May 15, 2024  Respectfully submitted,

        /s/ William Markham
        William Markham, Admitted *Pro Hac Vice*
        LAW OFFICES OF WILLIAM MARKHAM, P.C.
        402 West Broadway, Suite 400
        San Diego, CA 92101
        *wm@markhamlawfirm.com*
        (619) 221-4400