# EXHIBIT 1 TO PLAINTIFF'S APPENDIX OF EXHIBITS

The Wayback Machine - https://web.archive.org/web/20220812205620/https://www.themedicusfirm.com/job/2…

# The Medicus Firm

(https://web.archive.org/web/20220812205620/https://www.themedicusfirm.com/)

**The Medicus Firm** (https://web.archive.org/web/20220812205620/https://www.themedicusfirm.com/)

Physician (https://web.archive.org/web/20220812205620/https://www.themedicusfirm.com/physician/) / Job Search (https://web.archive.org/web/20220812205620/https://www.themedicusfirm.com/physician/jobs/)/ Job Detail (https://web.archive.org/web/20220812205620/https://www.themedicusfirm.com/job/21437/physician/obstetric gynecology/indiana#)

# Job Detail

Quick Apply (https://web.archive.org/web/20220812205620/https://www.themedicusfirm.com/a

Register & Apply (https://web.archive.org/web/20220812205620/https://www.themedicusfirm.c

OBGYN | Flexible Schedule

# Obstetrics & Gynecology

Indiana

## Opportunity Highlights

- Joining 7 OB/GYNs and 5 CNMs - Midwives do triage and cover their own patients for labor
- **Brand New:** Regional Academic Health Center with a New OB/GYN Practice building connected to the hospital
- Level 3 NICU and Level 2 OB - Access to robotics for surgery and full support team including 24/7 in-house Neonatal
- **Flexible Schedule Options** - two blocked OR days per week and 20-30 PPD in clinic
- No competition and 100% market share of primary care physician referrals
- Full Benefits include $30K signing bonus, relocation reimbursement, 6 weeks vacation, and more!
- Opportunity to work with Residency Program
- Visa Sponsorship Available, if needed

(Ask About or Nocturnist Laborist Position - If Interested!)

## Financial Highlights

- Earn $450,000+ Annually!

The Medicus Firm (https://web.archive.org/web/20220812205620/https://www.themedicusfirm.com/)

- Earn $450,000+ Annually!
- Up to $53.5K relocation reimbursement
- 6 weeks of vacation
- Health/Dental/Vision
- 401(k) with match
- More!

## Community Highlights

- **'#21 Best Places to Live in America'** - Livability, 2021 Top 100 List
- Visit the **Entertainment & Arts District** downtown with over 90 restaurants, 100 shopping options, and lively nightlife!
- Enjoy Award-winning wineries, collegiate sports, boating, fishing, hiking, and more at this Top 10 Ranked Best College Town in America!
- **No. 10 Best Public Schools in the State** by Niche in 2022, Top Ranked D-1 University in the Nation
- Only 1 hour from the Best Airport in North America
- #3 Best Metro Areas for a Doctor to Live in 2021

## Reference: OBG 21437

Quick Apply (https://web.archive.org/web/20220812205620/https://www.themedicusfirm.com/ap

Register & Apply (https://web.archive.org/web/20220812205620/https://www.themedicusfirm.co

**Profession:** Physician

**Ref Number:** OBG 21437

**Location/State:** Bloomington, Indiana

**Specialty:** Obstetrics & Gynecology

**Recruiter:** David Kirschner

**Recruiter Phone:** (214) 382-9952 (https://web.archive.org/web/20220812205620/tel:(214)%20382-9952)

**Recruiter Email:** dkirschner@themedicusfirm.com (https://web.archive.org/web/20220812205620/mailto:dkirschner@themedicusfirm.com?bcc=cresponses@themedicusfirm.com&subject=JobReference:%20OBG%2021437)

![The Medicus Firm](https://web.archive.org/web/20220812205620/https://www.themedicusfirm.com/)

Share:

☐ (https://web.archive.org/web/20220812205620/https://www.themedicusfirm.com/job/21437/physician/obstetrics-gynecology/indiana#)

☐ (https://web.archive.org/web/20220812205620/https://www.themedicusfirm.com/job/21437/physician/obstetrics-gynecology/indiana#)

☐ (https://web.archive.org/web/20220812205620/https://www.themedicusfirm.com/job/21437/physician/obstetrics-gynecology/indiana#)

☐

Copyright © 2022
The Medicus Firm™

**Quick Links**
About Us (https://web.archive.org/web/20220812205620/https://www.themedicusfirm.com/about-us/)
TMF In The Press (https://web.archive.org/web/20220812205620/https://www.themedicusfirm.com/about-us/TMF-in-the-press/)
Work at TMF (https://web.archive.org/web/20220812205620/https://www.themedicusfirm.com/work-at-tmf/)
Media Inquiries (https://web.archive.org/web/20220812205620/https://www.themedicusfirm.com/contact-

**Legal**
Terms (https://web.archive.org/web/20220812205620/https://...)
Privacy (https://web.archive.org/web/20220812205620/https://...)

Job Search (https://web.archive.org/web/20220812205620/https://...)
Employers (https://web.archive.org/web/20220812205620/https://www.themedicusfirm.com/about-)
Physicians (https://web.archive.org/web/20220812205620/https://...)
References (https://web.archive.org/web/20220812205620/https://www.themedicusfirm.com/work-recruiting-references/)

(https://web.archive.org/web/20220812205620/https://www.themedicusfirm.com/us/media/)

# The Medicus Firm

Social

☐ Facebook (https://web.archive.org/web/20220812205620/https://www.facebook.com/TheMedicusFirm)

☐ Instagram (https://web.archive.org/web/20220812205620/https://www.instagram.com/themedicusfirm/)

☐ LinkedIn (https://web.archive.org/web/20220812205620/https://www.linkedin.com/company/the-medicus-firm)

Contact

888.260.4242 (tel:8882604242)

Email us (https://web.archive.org/web/20220812205620/mailto: