# EXHIBIT 2 TO PLAINTIFF'S APPENDIX OF EXHIBITS

# The Medicus Firm

HOME  PROVIDERS ⌄  EMPLOYERS ⌄  SERVICE LINES ⌄  ABOUT ⌄  RESOURCES ⌄  CONTACT US ⌄  LOGIN ⌄

Providers / Search Jobs / Job Detail

# Job Detail

**This job is no longer active**
» View all active Obstetrics & Gynecology jobs

OBGYN | Flexible Schedule

## Obstetrics & Gynecology

Indiana

**Profession:** Physician
**Ref Number:** OBG 21437
**Location/State:** Bloomington, Indiana
**Specialty:** Obstetrics & Gynecology

### Opportunity Highlights

- Join a highly skilled and collegial group of 9 general OB/GYNs, 2 Laborists, and 6 CNMs
- Practice in NEW clinic and hospital! Regional Academic Health Center opened in 12/2021
- **Flexible Schedule Options** - 1.5-2 days per week blocked for OR
- Access to robotics for surgery and full support team including 24/7 in-house Neonatal
- 100% market share of primary care physician referrals
- Visa Sponsorship Available, if needed

(Ask About Nocturnist Laborist Position - If Interested!)

### Financial Highlights

- Earn $450,000+ Annually!
- $30K signing bonus | up to $13.5K relocation reimbursement
- 6 weeks of vacation
- Full Benefits: Health/Dental/Vision/Etc.
- 401(k) with match and 453B

### Community Highlights

- '#21 Best Places to Live in America' - Livability, 2021 Top 100 List
- Visit the **Entertainment & Arts District** downtown with over 90 restaurants, 100 shopping options, and lively nightlife!
- Enjoy Award-winning wineries, collegiate sports, boating, fishing, hiking, and more at this Top 10 Ranked Best College Town in America!
- **No. 10 Best Public Schools in the State** by Niche in 2022, Top Ranked D-1 University in the Nation
- Only 1 hour from the Best Airport in North America
- #3 Best Metro Areas for a Doctor to Live in 2021

Reference: OBG 21437



Copyright © 2024
The Medicus Firm™

**Legal**
Terms
Privacy

**Quick Links**
About Us
Blog
Work at The Medicus Firm
Media Inquiries

Providers
Service Lines
Employers
References

**Contact**
16479 N. Dallas Parkway
Suite 200
Addison, TX 75001
888.260.4242
contact@themedicusfirm.com



VASQUEZ00038791