# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| DR. RICARDO VASQUEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INDIANA UNIVERSITY HEALTH, INC., ) <br> INDIANA UNIVERSITY HEALTH ) <br> BLOOMINGTON, INC., d/b/a ) <br> IU HEALTH BLOOMINGTON ) <br> HOSPITAL, and DR. DANIEL HANDEL ) <br> ) <br> Defendants. ) | Case No. 1:21-cv-01693-JRS-MG |

**JOINT STIPULATION AND MOTION TO DISMISS ACTION WITH PREJUDICE**

Pursuant to the Court's Order Directing Filing of Documents Authorizing Dismissal (ECF No. 332), the parties jointly submit the attached Joint Stipulation and Proposed Order Dismissing Action. As the parties previously advised the Court, they have privately settled all of their disputes in this case. By their settlement, Defendants agreed, *inter alia*, to withdraw their pending motion for attorney's fees (ECF No. 301) in exchange for Plaintiff's payment of $100,000 of the attorney's fees, and they further agreed to withdraw their pending bill of costs (ECF No. 306) in exchange for Plaintiff's payment of $76,030.10 to pay all of their claimed costs. Defendants now confirm that Plaintiff timely paid these sums in accordance with the parties' settlement agreement. The parties therefore bring the present motion to give effect to their settlement agreement, and ask that the Court dismiss as moot Defendants' motion for attorney's fees (ECF No. 301) and bill of costs (ECF No. 306) in accordance with the parties' settlement agreement, and dismiss this entire action with prejudice.

Dated: October 2, 2024

 /s/ William Markham
**LAW OFFICES OF WILLIAM MARKHAM, P.C.**
William Markham, Admitted *Pro Hac Vice*
402 West Broadway, Suite 400
San Diego, CA 92101
Telephone: (619) 221-4400
wm@markhamlawfirm.com

**MACGILL PC**
Matthew Thomas Ciulla
Elizabeth Lynne Merritt
156 E. Market Street, Suite 1200
Indianapolis, IN 46204
Telephone: (317) 721-1253
matthew.ciulla@macgilllaw.com
ellalmerritt@gmail.com

*Attorneys for Plaintiff Dr. Ricardo Vasquez*

Respectfully submitted,

 /s/ *Brian K. Grube*
**JONES DAY**
Brian K. Grube
Ryan A. Doringo
North Point, 901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
bkgrube@jonesday.com
radoringo@jonesday.com

Arthur T. O'Reilly
150 West Jefferson Suite 2100
Detroit, Michigan 48226-4438
Telephone: (313) 270-7925
atoreilly@jonesday.com

**STOLL KEENON OGDEN PLLC**
Norris Cunningham
Rachel Johnson
334 North Senate Avenue
Indianapolis, IN 46204
Telephone: (317) 464-1100
norris.cunningham@skofirm.com
rachel.johnson@skofirm.com

*Attorneys for Defendants Indiana University Health, Inc., Indiana University Health Bloomington Inc., d/b/a IU Health Bloomington Hospital, and Dr. Daniel Handel*

## **CERTIFICATE OF SERVICE**

I certify that on October 2, 2024 a copy of the foregoing was filed electronically through the Court's CM/ECF system. Service of this filing will be made on all registered counsel.

                                                        */s/ Brian K. Grube*
                                                        Brian K. Grube